UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JESSE CARMON,              :

    Plaintiff,           :

    v.                       :          Civil Action No. 1:14-cv-00428-GBL-TRJ

MARK SITES, *et al.*,      :

    Defendants.          :

## DEFENDANTS' PRETRIAL DISCLOSURES

COME NOW the Defendants, Mark Sites and Georgi Hovhannisyan, by and through undersigned counsel, Alexander Francuzenko, Lee B. Warren, and the law firm of Cook Craig & Francuzenko, PLLC, and hereby submit the following exhibit and witness lists.

## DEFENDANTS' TRIAL WITNESSES

Will Call

1. Georgi Hovhannisyan
2. PFC Eric Halusa

May Call

1. Jessie Carmon
2. Pedro Santiago
3. Robert Rainey
4. Michael Tang
5. Mark Sites
6. Nurse Harding
7. Sergeant Scott Owens

1

8. Inmates who witnessed the incident.

9. Defendants reserve the right to call any witnesses the Plaintiff names.

10. Defendants reserve the right to call any witnesses identified in discovery.

## **DEFENDANTS' TRIAL EXHIBITS**

<u>Will Use</u>

1. Hovhannisyan Incident Report

2. Halusa Incident Report

3. G. Shammas Incident Report

4. Carmon's medical records from INOVA Fair Oaks Hospital

<u>May Use</u>

5. Inmate records

6. Fairfax ADC Chronological Record of Medical Care

7. Photographs of Carmon

8. Defendants reserve the right to use any exhibits identified by Plaintiff.

9. Defendants reserve the right to use any exhibits identified in discovery.

_____/s/_____
Alexander Francuzenko, VSB 36510
Lee B. Warren, VSB 77446
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
alex@cookcraig.com
lwarren@cookcraig.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2014, I served a copy of the foregoing Defendants' Pretrial Disclosures upon the following via ECF:

    Rachael Moshman, Esq.
    2000 P Street NW, Suite 415
    Washington, DC 20036
    rachael@rasmlaw.com
    *Counsel for Plaintiff*

    _____/s/_____
    Alexander Francuzenko, VSB 36510
    Cook Craig & Francuzenko, PLLC
    3050 Chain Bridge Road, Suite 200
    Fairfax, VA 22030
    Phone (703) 865-7480
    Fax (703) 434-3510
    alex@cookcraig.com
    *Counsel for Defendants*