UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| CARMON, | ) | |
|---|---|---|
| | ) | |
| PLAINTIFF | ) | Case No. 1:14-cv-00428-GBL-TRJ |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SITES et al., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## PLAINTIFF's PRETRIAL DISCLOSURES

COMES NOW Plaintiff, Jesse Carmon, by and through his undersigned counsel, Rachael A. S. Moshman, and submits the following exhibit and witness lists:

## PLAINTIFF'S TRIAL WITNESSES

Will Call

1. Jesse Carmon

May Call

1. Georgia Hovhannisyan

2. PFC Eric Halusa

3. Pedro Santiago

4. Robert Rainey

5. Michael Tang

6. Mark Sites

7. Nurse Harding

8. Sergeant Scott Owens

9. Inmates who witnessed the incident.

10. The inmate who wrote Mr. Carmon a letter about the incident

10. Plaintiff reserves the right to call any witnesses the Defendant names.

11. Plaintiff reserves the right to call any witnesses identified in discovery.

## PLAINTIFF'S TRIAL EXHIBITS

May Use

1. Hovhannisyan Incident Report

2. Halusa Incident Report

3. G. Shammas Incident Report

4. Carmon's medical records from INOVA Fair Oaks Hospital

5. Inmate records

6. Fairfax ADC Chronological Record of Medical Care

7. Photographs of Carmon

8. Video footage from the prison related to the incident

8. Plaintiff reserves the right to use any exhibits identified by Defendants.

9. Plaintiff reserves the right to use any exhibits identified in discovery.

_____/s/_____
Rachael A. S. Moshman, Esq.,
Va. Bar. No. 79320
Attorney for Jesse Carmon
2000 P Street, NW, Suite 415
Washington, DC 20036
Ph: 202-441-1357
Fax: 202-331-0567
rachael@rasmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2014, I served a copy of the foregoing Plaintiff's Pretrial Disclosures upon the following via ECF:

Alexander Francuzenko, VSB 36510
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
alex@cookcraig.com

_____/s/_____
Rachael A. S. Moshman, Esq.,
Va. Bar. No. 79320
Attorney for Jesse Carmon
2000 P Street, NW, Suite 415
Washington, DC 20036
Ph: 202-441-1357
Fax: 202-331-0567
rachael@rasmlaw.com