UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JESSE CARMON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:14-cv-00428-GBL-TRJ |
| MARK SITES, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION IN LIMINE**

COME NOW the Defendants, Mark Sites ("Sites") and Georgi Hovhannisyan ("Hovhannisyan") (hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, Alexander Francuzenko, Esq., Lee B. Warren, Esq., and the law firm of Cook Craig & Francuzenko, PLLC, and hereby move this Court to exclude at trial Plaintiff's medical records and bills which were not disclosed as of the final pretrial conference, and any testimony/evidence related to those medical records.  In further support thereof, Defendants respectfully refer to the Memorandum of Points and Authorities filed herewith.

_____/s/_____
Alexander Francuzenko, VSB 36510
Lee B. Warren, VSB 77446
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
lwarren@cookcraig.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2015, I served a copy of the foregoing Defendants' Motion in Limine via ECF upon the following:

>Rachael Moshman, Esq.
>2000 P Street NW, Suite 415
>Washington, DC 20036
>rachael@rasmlaw.com
>*Counsel for Plaintiff*
>
>Jeffrey Louis Light, Esq.
>Law Office of Jeffrey Louis Light
>1712 Eye St., NW, Suite 915
>Washington, DC  20006
>Jeffrey.Light@yahoo.com
>*Counsel for Plaintiff*

_____/s/_____
Alexander Francuzenko, VSB 36510
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
alex@cookcraig.com