UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JESSE CARMON,            :

    Plaintiff,            :

  v.                        :         Civil Action No. 1:14-cv-00428-GBL-TRJ

MARK SITES, *et al.*,     :

    Defendants.        :

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW the Defendants, Mark Sites ("Sites") and Georgi Hovhannisyan ("Hovhannisyan") (hereinafter referred collectively to as "Defendants"), by and through undersigned counsel, Alexander Francuzenko, Esq., Lee B. Warren, Esq., and the law firm of Cook Craig & Francuzenko PLLC, and move this Court for summary judgment in the above-captioned matter. In further support thereof, the Defendants respectfully refer this Court to the Memorandum of Points and Authorities filed herewith.

                              Respectfully submitted,

                              ___/s/_____
                              Alexander Francuzenko, VSB 36510
                              Lee B. Warren, VSB 77446
                              Cook Craig & Francuzenko, PLLC
                              3050 Chain Bridge Road, Suite 200
                              Fairfax, VA 22030
                              Phone (703) 865-7480
                              Fax (703) 434-3510
                              alex@cookcraig.com
                              lwarren@cookcraig.com
                              *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2015, I served a copy of the foregoing Defendants' Motion for Summary Judgment via ECF upon the following:

>Rachael Moshman, Esq.
>2000 P Street NW, Suite 415
>Washington, DC 20036
>rachael@rasmlaw.com
>*Counsel for Plaintiff*
>
>Jeffrey Louis Light, Esq.
>Law Office of Jeffrey Louis Light
>1712 Eye St., NW, Suite 915
>Washington, DC 20006
>Jeffrey.Light@yahoo.com
>*Counsel for Plaintiff*

                                                _____/s/_____
                                                Lee B. Warren, VSB 77446
                                                Cook Craig & Francuzenko, PLLC
                                                3050 Chain Bridge Road, Suite 200
                                                Fairfax, VA 22030
                                                Phone (703) 865-7480
                                                Fax (703) 434-3510
                                                lwarren@cookcraig.com